**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 159**

| | | |
|---|---|---|
| GARY LANNING and MARY LANNING, h/w | ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| ABBVIE INC., and ABBOTT LABORATORIES, INC., | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Charles G. Monnett, III's Application for Admission to Practice *Pro Hac Vice* of Gregory S. Spizer. It appearing that Gregory S. Spizer is a member in good standing with the Bars of Pennsylvania and New York and will be appearing with Charles G. Monnett, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Charles G. Monnett, III's Application for Admission to Practice *Pro Hac Vice* (#2) of Gregory S. Spizer is

**GRANTED**, and that Gregory S. Spizer is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Charles G. Monnett, III.

Signed: June 26, 2014

Dennis L. Howell
United States Magistrate Judge